UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CECELIA DELLAVECCHIA,

Plaintiff,

vs.                                          Case No. 8:09-cv-2175-T-27TGW

GEICO GENERAL INSURANCE
COMPANY,

Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 13) recommending that Defendant's motion to dismiss (Dkt. 3) be denied. Neither party filed objections to the Report and Recommendation. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

Accordingly, Defendant's motion to dismiss (Dkt. 3) is **DENIED**. Defendant shall answer the complaint within 14 days.

**DONE AND ORDERED** this 5th day of April, 2010.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record